JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARTHUR SWAIT,

           Petitioner

     v.

R. GROOMS, Warden,

           Respondent.

Case No. CV 16-7086-DOC (GJS)

JUDGMENT

     Pursuant to the Court's Order Summarily Dismissing Successive Habeas Petition; Denying a Certificate of Appealability; and Referring Petition to the Ninth Circuit Pursuant to Ninth Circuit Rule 22-3(a),

     IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  September 28, 2016

                                     *David O. Carter*

                                  DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE